# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

June 2, 2026

By ECF and Email
The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *United States v. Joseph McKeel*, 26-CR-148 (RPK)

Your Honor:

      Joseph McKeel is before the Court charged by complaint with one count of possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B). On March 19, 2026, he was released on bond, which includes a home detention condition requiring a court order for activities outside the residence. Mr. McKeel's counsel requests that the Court modify the conditions of his release to permit him to have dinner with his mother at Yaar Indian Restaurant in Queens, New York, on June 3, 2026, from 6:30 pm to 8 pm (plus travel time to and from the restaurant) for his birthday. Additionally, he seeks permission to attend a play—Friends Parody Musical—in Manhattan on June 9, 2026, from 7:30 pm to 9:30 pm (plus travel time to and from the play), also in celebration of his birthday. His mother traveled from Florida to New York to spend the week with him for this occasion. Pretrial Services and the government object to this request.

      Pretrial objects to both requested events because they are not "lifetime or essential activities." Regarding Mr. McKeel's request to have dinner with his mother, the government objects because it typically defers to Pretrial on such matters. While Pretrial Services' definition of a "lifetime event" is not entirely clear, it appears that birthdays may qualify. As the Court is aware, individuals on location monitoring are routinely permitted to attend milestone celebrations such as birthdays and graduations. *See, e.g., United States v. Timothy Sommer*, Ind. No. 25-CR-25 (RER) (E.D.N.Y) at Dkt. No. 30 & Dkt. Order dated March 20, 2026 (defendant charged with distribution of child pornography, and subject to location monitoring with a curfew, permitted to attend a friend's birthday dinner with the consent of Pretrial Services; the government took no position); *United States v. Efrain Cortes*, 24-CR-276 (PKC) (E.D.N.Y) at Dkt. No 28 & Dkt. Order dated June 25, 2025 (defendant on home detention charged with a drug offense permitted to attend his son's graduation ceremony with the consent of the government and Pretrial Services); *United States v. Juwan Anderson,* 22-CR-428 (WFK) (E.D.N.Y) at Dkt. No. 59 & Dkt. Order, dated September 13, 2023) (defendant on home detention charged with

1

Hobbs Act Robbery involving the use of a firearm permitted to attend his birthday celebration with the consent of the government and Pretrial Services).

As such, we respectfully request that the Court permit Mr. McKeel to have dinner with his mother for his birthday over the objection of Pretrial and the government.

With respect to the Friends Parody Musical, the government objects because children may be in attendance. We respectfully request that Your Honor permit Mr. McKeel to attend the play over the government's and Pretrial's objection. He will be accompanied by his mother for the duration of the event, which is sufficient to safeguard against any danger to the community. *See Sommer*, Ind. No. 25-CR-25 (RER) (E.D.N.Y.) at Dkt. No. 22 & Dkt. Order dated October 15, 2025 (defendant charged with distribution of child pornography and subject to location monitoring with a curfew, permitted to attend a Renaissance Fair with his parents where children were certain to be present, with the consent of Pretrial Services, and over the government's objection). Additionally, I have reminded Mr. McKeel of his bond condition prohibiting any contact or association with individuals under 18, and he has agreed to abide by the conditions of his release. Indeed, since Mr. McKeel's release, he has not violated his bond conditions. As such, we respectfully request that the Court permit Mr. McKeel to attend the Friends Parody Musical over the objection of Pretrial and the government.

Pretrial release conditions are imposed to assure that individuals appear in court when required and to protect against danger to the community. See 18 U.S.C. § 3142(c). Allowing Mr. McKeel to celebrate his birthday, while accompanied by his mother, does not compromise either purpose. Accordingly, there is no reasonable government interest that justifies denying Mr. McKeel's request. Counsel for Mr. McKeel respectfully requests that the Court modify his conditions of release accordingly. In the alternative, we request oral argument on the matter.

Thank you for the Court's consideration.

Respectfully submitted,

/s/ _____

Kyla Wells
Federal Defenders of New York, Inc.
*Counsel for Joseph McKeel*

cc: all parties of record (by ECF)

2