

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| ADG:RAS | *271 Cadman Plaza East* |
| F. #2026R00168 | *Brooklyn, New York 11201* |

June 3, 2026

By ECF
The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    *United States v. Joseph McKeel*, 26-CR-148 (RPK)

Dear Judge Kovner:

        The Government respectfully writes in response to the Defendant's motion to modify bond ("Def. Mot.") (ECF No. 17). Specifically, the Government objects to the Defendant's request to attend a Friends Parody Musical and a birthday dinner with his mother and asks the Court to deny the request. As stated in Def. Mot., the Government defers to Pretrial Services' assessment as to what activities can be approved while the Defendant is on bond. Pretrial here denied the request for the Defendant to attend a Friends Parody musical and a birthday dinner with his mother. At the outset of this matter, the Government sought detention in light of our concerns about the Defendant having contact with minors, and while that request was denied, the Government remains concerned about the Defendant attending any activities where the Defendant may encounter children, given the nature of the charge against him. Additionally,

the Government agrees with Pretrial Services that these events are not "lifetime or essential activities" such that they would warrant making an exception to allow him to attend.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/ Rebecca A. Sussman

Rebecca Sussman
Assistant U.S. Attorney
(718) 254-6012

Cc: Kyla Wells via ECF

2